IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hobson, Harvey | Case Number: 08 B 00069 |
|---|---|---|
| | Hobson, Deborah A | Judge: Goldgar, A. Benjamin |
| | Printed: 10/7/08 | Filed: 1/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 26, 2008
Confirmed: March 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,225.00 | |
| Secured: | | 1,147.28 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2.40 |
| Trustee Fee: | | 75.32 |
| Other Funds: | | 0.00 |
| Totals: | 1,225.00 | 1,225.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,374.00 | 2.40 |
| 2. | Quantum Servicing Corporation | Secured | 0.00 | 0.00 |
| 3. | Nationwide Acceptance Corp | Secured | 6,198.90 | 450.06 |
| 4. | City Of Chicago | Secured | 700.00 | 185.86 |
| 5. | Credit Acceptance Corp | Secured | 12,311.32 | 511.36 |
| 6. | Quantum Servicing Corporation | Secured | 46,684.32 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 5,483.43 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 324.84 | 0.00 |
| 9. | Nationwide Cassel | Unsecured | 771.10 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 773.15 | 0.00 |
| 11. | Plains Commerce Bank | Unsecured | 31.92 | 0.00 |
| 12. | Oak Lawn Radiologists SC | Unsecured | 58.40 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 1,057.32 | 0.00 |
| 14. | 1st Hudson | Unsecured | 132.76 | 0.00 |
| 15. | 63rd & Western CE Inc | Unsecured | 92.86 | 0.00 |
| 16. | AT&T Wireless | Unsecured | 61.47 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 742.00 | 0.00 |
| 18. | Ford Motor Credit Corporation | Unsecured | 404.91 | 0.00 |
| 19. | Jefferson Capital Systems LLC | Unsecured | 22.33 | 0.00 |
| 20. | Midnight Velvet | Unsecured | 47.29 | 0.00 |
| 21. | Nuvell Credit Company LLC | Unsecured | 2,430.37 | 0.00 |
| 22. | ER Solutions | Unsecured | 34.09 | 0.00 |
| 23. | RoundUp Funding LLC | Unsecured | 92.02 | 0.00 |
| 24. | Illinois Dept of Revenue | Unsecured | 96.54 | 0.00 |
| 25. | Capital One | Unsecured | 172.29 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Hobson, Harvey     |   Case Number:  08 B 00069
Hobson, Deborah A             |   Judge:  Goldgar, A. Benjamin
Printed:  10/7/08             |   Filed:  1/3/08

| | | | | |
|---|---|---|---|---|
| 26. | Capital One | Unsecured | | No Claim Filed |
| 27. | Bar Management | Unsecured | | No Claim Filed |
| 28. | Comcast | Unsecured | | No Claim Filed |
| 29. | Christ Hospital | Unsecured | | No Claim Filed |
| 30. | First Premier | Unsecured | | No Claim Filed |
| 31. | Emergency Room Care Providers | Unsecured | | No Claim Filed |
| 32. | First National Credit Card | Unsecured | | No Claim Filed |
| 33. | MCI | Unsecured | | No Claim Filed |
| 34. | First Savings Credit Card | Unsecured | | No Claim Filed |
| 35. | Merrick Bank | Unsecured | | No Claim Filed |
| 36. | Midwest Title | Unsecured | | No Claim Filed |
| 37. | Pediatric Service of America | Unsecured | | No Claim Filed |
| 38. | United Equitable Insurance | Unsecured | | No Claim Filed |
| 39. | Roseland Community Hospital | Unsecured | | No Claim Filed |
| 40. | TCF Bank | Unsecured | | No Claim Filed |
| 41. | Sprint | Unsecured | | No Claim Filed |
| 42. | TCF Bank | Unsecured | | No Claim Filed |
| 43. | US Cellular | Unsecured | | No Claim Filed |
| 44. | Mount Sinai Hospital Medical C | Unsecured | | No Claim Filed |
| 45. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 82,097.63 | $ 1,149.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 25.12 |
| 6.5% | 50.20 |
| | _____ |
| | $ 75.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____